IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

DONNA NOVAK                            )          Case No.  1:04CV2253
                                       )
                                       )
              Plaintiff(s),            )
                                       )
       vs.                             )          JUDGE ANN ALDRICH
                                       )
METROHEALTH MEDICAL CENTER             )
                                       )
                                       )
                                       )
              Defendant(s).            )          ORDER

The Court having filed its Memorandum granting summary judgment in favor of MetroHealth Medical Center on the FMLA claims. The court declines to exercise supplemental jurisdiction over Novak's state law claims (of worker's compensation retaliation and racial discrimination). These claims are dismissed without prejudice.   This order is pursuant to Rule 58 of the Civil Rules of Procedure.  Case is terminated.

This order is final and appealable.

IT IS SO ORDERED.

s/Ann Aldrich
ANN ALDRICH
UNITED STATES DISTRICT JUDGE

Dated: November 28, 2005